**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6492

TYRONE MATTHEW DELGADO,

    Plaintiff - Appellant,

  v.

GEORGE SOLOMON; DAVID GUICE; JOHN HERRING; ANTHONY SPRUILL; KENNETH CABARRUS,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:16-ct-03163-FL)

Submitted: April 29, 2022        Decided: June 3, 2022

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrone Matthew Delgado, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Matthew Delgado appeals the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Delgado v. Solomon*, No. 5:16-ct-03163-FL (E.D.N.C. Mar. 30, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*